In the Matter of the Application of GEORGE GOLDBERG, Respondent, for Payment of an Award Made in a Proceeding by the City of New York to Acquire Title to Liberty Avenue in the Borough of Brooklyn.

W. ARTHUR CUNNINGHAM, as Comptroller of the City of New York et al., Appellants.

(Submitted April 16, 1934; decided April 24, 1934.)

*William Gold* for motion.

*Paul Windels, Corporation Counsel (William B. R. Faber* of counsel), opposed.

Motion denied, with ten dollars costs.